70548, 70549. TWYMAN v. ROBINSON (two cases).
(347 SE2d 367)

BANKE, Chief Judge.

In accordance with the Supreme Court's decision in *Twyman v. Robinson*, 255 Ga. 711 (342 SE2d 313) (1986), the decision of this court in *Twyman v. Robinson*, 176 Ga. App. 687 (337 SE2d 375) (1985), is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Deen, P. J., McMurray, P. J., Birdsong,*

*P. J., Carley, Sognier, Pope, Benham, and Beasley, JJ., concur.*

DECIDED JUNE 3, 1986.

*Frank J. Klosik, Jr., Frederick M. Valz III*, for appellants.
*William A. Dinges, William D. Strickland*, for appellee.